Form ODISMISSINGCH7.341.8/08

## UNITED STATES BANKRUPTCY COURT
Middle District of Louisiana

Case No.: 20−10189
Chapter: 13

*In Re: Debtor(s):*

Clara Fay North Howze
aka Fay Howze, aka C. Fay North Howze
33268 N. Doyle Road
Holden, LA 70744

*Social Security No.:*

xxx−xx−1819

*Employer's Tax I.D. No.:*

## ORDER OF DISMISSAL

 Considering the trustee's Proceeding Memorandum stating that the debtor(s) failed to attend the meeting of creditors, pursuant to §341(a),

 **IT IS ORDERED** that this case **DISMISSED** and the automatic stay is terminated.

 **IT IS FURTHER ORDERED** that the trustee will be discharged from and relieved of his or her trust upon closing of the case.

 Baton Rouge, Louisiana, 5/11/20.

 s/Douglas D. Dodd
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE